**Cameron OPLINGER, Petitioner**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent**

**2016-1076**

United States Court of Appeals, Federal Circuit.

November 10, 2016

DENNIS L. FRIEDMAN, Philadelphia, PA, argued for petitioner.

DAVID MICHAEL KERR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Reyna and Wallach, Circuit Judges).

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**